## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **MARION KAHLEY,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:05-CV-286 (WDO) |
| **TARGET CORPORATION,** | : | |
| **Defendant** | : | |

## ORDER

Plaintiff filed this suit alleging religious discrimination in the Defendant's failure to select him for a promotion. Plaintiff, proceeding pro se, filed a motion to compel responses to his discovery requests. Plaintiff seeks information on consulting firms that assisted in preparation of the Defendant's website and on any employee of the Defendant who assisted in preparing the website. Because Plaintiff failed to show the relevance of the request, or, stated differently, why the information he seeks is important to this lawsuit, his motion to compel is DENIED.

SO ORDERED this 28th day of March 2006.

S/ WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE